IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| TAISHA SHAW, *et al.* | : | 2:19-cv-01620-KSM |
| | : | |
| v. | : | |
| | : | |
| TABOR COMMUNITY PARTNERS | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION
FOR APPROVAL OF THE SETTLEMENT**

    Originating Plaintiff Taisha Shaw and the 21 other employees who opted-in to the FLSA collective (together "Plaintiffs") and Defendant Tabor Community Partners ("Tabor") have settled this Fair Labor Standards Act ("FLSA") lawsuit per the accompanying settlement agreement, see Doc. 37-1, and release forms, see Doc. 37-2.[1]  The settlement requires Tabor to pay $135,000 plus employer-side taxes associated with the settlement payments.  Although the Third Circuit has not specifically addressed the issue, most judges agree that FLSA collective settlements must be judicially reviewed for fairness.  As discussed in the accompanying memorandum of law, judicial approval is warranted.

    **WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and approve the settlement.  A proposed order is attached.

| | |
|---|---|
| Date:  May 28, 2020 | /s/ Peter Winebrake<br>Peter Winebrake<br>R. Andrew Santillo<br>Mark J. Gottesfeld<br>Winebrake & Santillo, LLC<br>715 Twining Road, Suite 211<br>Dresher, PA 19025<br>(215) 884-2491<br>*For Plaintiffs* |

---

[1]  The agreement and release forms have been redacted to prevent the public disclosure of each Plaintiff's the specific settlement payment.